**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA**

**NO.:** AR-08-1203
**IN CIVIL ACTION**

**HUDSON & KEYSE LLC , assignee of CHASE MANHATTAN BANK USA, NA**

**Plaintiff,**

**vs.**

**CHARLES S. VOELTZEL,**

**Defendant.**

FILED
08 JAN 25 AM 10:49
PROTHONOTARY
ALLEGHENY COUNTY

**COMPLAINT**

CODE-
FILED ON BEHALF OF
**PLAINTIFF**

**COUNSEL OF RECORD FOR THIS PARTY:**

*Charles F. Bennett, Esq.*
PA I.D. No. 30541
*Joel E. Hausman, Esq.*
PA I.D. No. 42096
**APPLE AND APPLE, P.C.**
**Firm No. 719**
**4650 Baum Boulevard**
**Pittsburgh, PA 15213**
**Telephone: 412-682-1466**
**Fax: 412-682-3138**

APR 09 2008
HEARING DATE ____________
ROOM 523 5th FLOOR COURTHOUSE
AT 9:00 A.M.

Validate Check OPS%LAURIE01
01-25-2008 10:08:23
AR-08-001203

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA

NO.:
IN CIVIL ACTION

HUDSON & KEYSE LLC ,
assignee of CHASE MANHATTAN BANK USA, NA

-vs- Plaintiff,

CHARLES S. VOELTZEL,

Defendant.

## NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case my proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SER FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL SERVICE- THE ALLEGHENY COUNTY BAR ASSOCIATION
920 CITY-COUNTY BUILDING- 414 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219
(412)261-5555

### HEARING NOTICE

YOU HAVE BEEN SUED IN COURT. The above Notice to Defend expires what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in Room 523 of the Allegheny County Courthouse, 436 Grant Street, Pittsburgh, Pennsylvania, on ______________________________, at 9:00 A.M. IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING.

### DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing. THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

### NOTICE

YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

**COMPLAINT**

1. Plaintiff is a corporation having offices at 382 Blackbrook Rd., Painesville, OH 44077.

2. Chase Manhattan Bank USA, NA assigned an account portfolio to Hudson & Keyse, LLC, which, inter alia, included the account of the above-captioned Defendant. Attached hereto as Exhibits "A" is a true and correct copy of the aforesaid assignments.

3. Hudson & Keyse, LLC as the assignee of Chase Manhattan Bank USA, NA, stands in its assignors' stead and all are hereinafter referred to interchangeably as "Plaintiff".

4. Defendant is an individual whose address is 172 Dinwiddie Drive, Lower Burrell, Allegheny County, Pennsylvania 15068-9392.

5. At a specific instance and request of the Defendant, the Defendant applied to Chase Manhattan Bank USA, NA for a credit card.

6. The Plaintiff avers that the Defendant was granted a revolving open-end credit card account and was issued a credit card for such account subject to the stated terms and conditions contained in a written account agreement.

7. Plaintiff avers that the Defendant accepted the terms and conditions of the revolving open-end credit account contained in the aforementioned written agreement by using the credit card which had been issued to make purchases and/or to obtain cash advances.

8. Thereafter, in breach of obligations under the Agreement, the Defendant failed to make payments as they became due.

9. Plaintiff avers that the terms of the Agreement provide for acceleration of the entire balance due and owing upon Defendant's breach of the Agreement.

10. Attached hereto are monthly statements provided to Defendant by Chase for the months November and December 2003 and January and February 2004 and they are marked Exhibits "B1-B4".

11. Plaintiff avers that the balance due amounts to $9,109.61, as is more specifically shown by Plaintiff's Statement of Account, a true and correct copy of which is attached hereto, marked Exhibit "C" and made a part hereof.

12. Plaintiff avers that the interest has accrued at the rate of 24.00% per annum on the principal balance of $6,326.59 due from September 1, 2006.

13. Per the term of the agreement, the Defendant has agreed to pay to the Plaintiff as liquidated damages, the costs of collection, including all reasonable attorneys' fees incurred in the collection of monies owing, which Plaintiff avers will amount to 30% of the balance due.

14. Although repeatedly requested to do so by Plaintiff, Defendant has willfully failed and refused to pay the amount due to Plaintiff or any part thereof.

**WHEREFORE,** Plaintiff demands Judgment against Defendant in the amount of $9,109.61, with appropriate additional interest from September 1, 2006, plus attorneys' fees and costs.

**APPLE AND APPLE, P.C.**

**By:** ______________________

**Attorneys for Plaintiffs(s)**

HKI 128

**EXHIBIT A**

**BILL OF SALE**

Chase Bank USA, N.A. (as successor through merger with Bank One, Delaware, N.A.) ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated October 31, 2005 between Seller and Hudson & Keyse, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the Cut-off Date of December 19, 2005 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in Exhibit 1 attached hereto and made part hereof for all purposes.

| | |
|---|---|
| Number of Accounts | 2042 |
| Total Unpaid Balances | $14,654,586.00 |
| Premium | [redacted] |
| Due Seller | [redacted] |

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on December 22, 2005 (the "Closing Date") by 2:00 p.m. Seller's time, as follows:

**Chase Bank USA, N.A.**
**ABA #021000021**
**Beneficiary Name: Chase Bank USA,N.A.**
**Beneficiary Account: #304-256420**

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

| Chase Bank USA, N.A. | | Hudson & Keyse, LLC | |
|---|---|---|---|
| By: | [signature] | By: | [signature] |
| Date: | December 19, 2005 | Date: | December 19, 2005 |
| Title: | Vice President | Title | C.F.O. |

EXHIBIT A

Apr 18 2007

ACCOUNT NUMBER: 5184 4500 7295 1951

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 12/05/2003 | $4,857.10 | $97.00 |

# Facsimile Copy

CHARLES S VOELTZEL
172 DINWIDDIE DR
NEW KENSINGTON PA 15068-9392

0070

CHASE

Chase Platinum MasterCard™
ACCOUNT NUMBER: 5184 4500 7295 1951

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,857.10 | 12/05/2003 | $5,000 | $142 | 11/10/2003 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,917.39 |
| (-) Payments, Credits | 100.00 |
| (+) Purchases, Cash, Debits | 9.95 |
| (+) FINANCE CHARGES | 29.76 |
| (=) New Balance | 4,857.10 |
| Minimum Payment Due | $97.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 10/17 | 10/17 | 5ZYGM | PAYMENT THANK YOU-ELECTRONIC CK | 100.00 | |
| 11/02 | 11/02 | EM5FM | CS *ONLINE SERVICE 110 800-848-8990 VA | | 9.95 |
| | | | Total of your credits and charges | 100.00 | 9.95 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR GOOD CREDIT RATING IN AN EMERGENCY. FOR MORE INFORMATION, PLEASE CALL 1-877-752-8572.
SEE HOW MUCH YOU MAY BE ABLE TO SAVE ON TERM LIFE INSURANCE. CALL MATRIX DIRECT INSURANCE SERVICES FOR A COMPETITIVE QUOTE ON TERM LIFE INSURANCE. CALL NOW 1-877-567-TERM(8376).
YOU COULD SAVE UP TO HUNDREDS OF DOLLARS ON AUTO INSURANCE AND GET BETTER COVERAGE! CALL AIG MEMBER COMPANIES TOLL-FREE AT 1-888-463-0091 EXT.4822 TODAY TO REQUEST A FREE, NO-OBLIGATION RATE QUOTE!
APPLY FOR A CHASE HOME EQUITY LINE OF CREDIT BY CALLING 1-888-881-5858 8AM-10PM EST, M-F, 9AM-4PM EST, SAT. MADE BY JPMCHASE BANK IN NY, CT, NJ & TX, AND BY CHASE MANHATTAN BANK USA, NA IN ALL OTHER STATES AND TX. EQUAL HOUSING LENDER

**Here's how we determined your Finance Charge*:** Days in Billing Cycle: 32

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.01915% | $4,858.50 | $29.76 | $29.76 | 6.99% | 6.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-551-8340 or write P.O. BOX 17202, Wilmington, DE 19886-7202. Para Servicio al Cliente en Español: 1-800-545-0464.

EXHIBIT B1

Apr 18 2007

ACCOUNT NUMBER: 5184 4500 7295 1951

369210

(3) STMTS

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 01/02/2004 | $4,948.61 | $98.00 |

# Facsimile Copy

0070

CHARLES S VOELTZEL
172 DINWIDDIE DR
NEW KENSINGTON PA 15068-9392

CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5184 4500 7295 1951

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,948.61 | 01/02/2004 | $5,000 | $51 | 12/09/2003 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,857.10 |
| (-) Payments, Credits | 100.00 |
| (+) Purchases, Cash, Debits | 97.78 |
| (+) FINANCE CHARGES | 93.73 |
| (=) New Balance | 4,948.61 |
| Minimum Payment Due | $98.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 11/12 | 11/12 | WQWKM | CMK*CAREMARK RX 800-841-5550 IL | | 87.83 |
| 11/19 | 11/19 | ERAHM | PAYMENT THANK YOU-ELECTRONIC CK | 100.00 | |
| 12/02 | 12/02 | TA7SM | CS *ONLINE SERVICE 120 800-848-8990 VA | | 9.95 |
| | | | Total of your credits and charges | 100.00 | 97.78 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR GOOD CREDIT RATING IN AN EMERGENCY. FOR MORE INFORMATION, PLEASE CALL 1-877-752-8572
GET FASTER STATEMENT ACCESS! SWITCH TO NEW CHASE ONLINE CREDIT CARD STATEMENTS, A QUICKER WAY TO VIEW AND PAY. WWW.CHASE.COM/STATEMENTS

**Here's how we determined your Finance Charge*:** Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.06573% | $0.00 | $0.00 | $0.00 | 23.99% | 0.00% |
| Purchases | 0.06573% | $4,917.47 | $93.73 | $93.73 | 23.99% | 23.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-551-8340 or write P.O. BOX 17202, Wilmington, DE 19886-7202. Para Servicio al Cliente en Español: 1-800-545-0464.

EXHIBIT B2

Apr 18 2007

ACCOUNT NUMBER: 5184 4500 7295 1951

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 02/03/2004 | $4,958.92 | $101.00 |

# Facsimile Copy

CHARLES S VOELTZEL
172 DINWIDDIE DR
NEW KENSINGTON PA 15068-9392

CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5184 4500 7295 1951

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,958.92 | 02/03/2004 | $5,000 | $41 | 01/09/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,948.61 |
| (-) Payments, Credits | 100.00 |
| (+) Purchases, Cash, Debits | 9.95 |
| (+) FINANCE CHARGES | 100.36 |
| (=) New Balance | 4,958.92 |
| Minimum Payment Due | $101.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 12/18 | 12/18 | E3HJM | PAYMENT THANK YOU-ELECTRONIC CK | 100.00 | |
| 01/02 | 01/02 | AK3FM | CS *ONLINE SERVICE 010 800-848-8990 VA | | 9.95 |
| | | | Total of your credits and charges | 100.00 | 9.95 |

IMPORTANT: PLEASE READ THE CHANGE IN TERMS NOTICE THAT ACCOMPANIES THIS BILLING STATEMENT.
THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR GOOD CREDIT RATING IN AN EMERGENCY. FOR MORE INFORMATION, PLEASE CALL 1-877-752-8572.
INTRODUCING CHASE ONLINE? CREDIT CARD STATEMENTS. GET FAST ONLINE ACCESS TO YOUR MONTHLY STATEMENT AND EMAIL ALERTS TO HELP YOU AVOID LATE FEES. LEARN MORE AT WWW.CHASE.COM/STATEMENTS

**Here's how we determined your Finance Charge*:** **Days in Billing Cycle: 31**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.06573% | $0.00 | $0.00 | $0.00 | 23.99% | 0.00% |
| Purchases | 0.06573% | $4,925.55 | $100.36 | $100.36 | 23.99% | 23.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-551-8340 or write P.O. BOX 17202, Wilmington, DE 19886-7202. Para Servicio al Cliente en Español: 1-800-545-0464.

**ACCOUNT NUMBER: 5184 4500 7295 1951**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 03/05/2004 | $4,969.44 | $102.00 |

# Facsimile Copy

3692100 (2)

CHARLES S VOELTZEL
172 DINWIDDIE DR
NEW KENSINGTON PA 15068-9392

Chase Platinum MasterCard
ACCOUNT NUMBER: 5184 4500 7295 1951

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,969.44 | 03/05/2004 | $5,000 | $30 | 02/09/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,958.92 |
| (-) Payments, Credits | 101.00 |
| (+) Purchases, Cash, Debits | 9.95 |
| (+) FINANCE CHARGES | 101.57 |
| (=) New Balance | 4,969.44 |
| Minimum Payment Due | $102.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 02/02 | 02/02 | FWSRM | CS *ONLINE SERVICE 020 800-848-8990 VA | | 9.95 |
| 02/02 | 02/02 | MKSLM | PAYMENT THANK YOU-ELECTRONIC CK | 101.00 | |
| | | | Total of your credits and charges | 101.00 | 9.95 |

THE CHASE PAYMENT PROTECTOR PLAN CAN HELP YOU PROTECT YOUR GOOD CREDIT RATING IN AN EMERGENCY. FOR MORE INFORMATION, PLEASE CALL 1-877-752-8572.

**Here's how we determined your Finance Charge*:** Days in Billing Cycle: 31

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.06573% | $0.00 | $0.00 | $0.00 | 23.99% | 0.00% |
| Purchases | 0.06573% | $4,984.57 | $101.57 | $101.57 | 23.99% | 23.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-551-8340 or write P.O. BOX 17202, Wilmington, DE 19886-7202. Para Servicio al Cliente en Español: 1-800-545-0464.

EXHIBIT B4



Hudson & Keyse, LLC
Debt Resolution Partners

382 Blackbrook Road
Painesville, Ohio 44077

440.354.6978 Phone
440.354.1336 Fax
800.654.5391 Toll Free
www.hkllc.biz

STATEMENT OF ACCOUNT

CREDITOR NAME: Hudson & Keyse, L.L.C.
CREDITOR ADDRESS: 382 Blackbrook Road, Painesville, Ohio, 44077
ORIGINAL CREDITOR: CHASE BANK USA, N.A.
ORIGINAL ACCOUNT NUMBER: 5184450072951951
HUDSON & KEYSE, L.L.C. ACCOUNT NUMBER: 369210*1

DEBTOR NAME: CHARLES S. VOELTZEL
DEBTOR ADDRESS: 172 DINWIDDIE DRIVE, NEW KENSINGTON, PA, 15068-9392

DATE ACCOUNT OPENED: FEB 18 1999
DATE LAST PAID TO ORIGINAL CREDITOR: 18 FEB 2004
DATE LAST PAID TO HUDSON & KEYSE, L.L.C.:

PRINCIPAL BALANCE DUE: $6,326.59
INTEREST BALANCE DUE: $2,783.02
TOTAL BALANCE DUE: $9,109.61

INTEREST RATE: 24.00% LAST DATE INTEREST CHARGED: AUG 31 2006

EXHIBIT C

HTTP: WWW.HKLLC.BIZ
LOCAL: (440)354-6978 FAX: (440)354-1336

EMAIL: COLLECTIONS@HKINC.COM
TOLL FREE: 1(800)654-5391 & 1(800)654-1660

*PAY YOUR ACCOUNT ON-LINE VIA CHECK, DEBIT OR CREDIT CARD AT: WWW.HKLLC.BIZ*

# *AFFIDAVIT*

***I, Charles F. Bennett, or Joel E. Hausman, Esquire as indicated below verify that:***

1. ***I am the attorney for the Plaintiff;***
2. ***That the facts set forth in the foregoing Pleading are true and correct to the best of my knowledge, information, and belief, based upon information received from the Plaintiff.***

***I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4909, related to unsworn falsification to authorities.***

***APPLE AND APPLE, P.C.***

***Dated:*** January 18, 2008

***By:*** [signature]
***Attorneys for Plaintiff(s)***